■ In the Matter of DARIUS J. and Others, Infants. ONONDAGA COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; ARLENA G., Appellant, et al., Respondent. [832 NYS2d 859]—Appeal from an order of the Family Court, Onondaga County (David G. Klim, J.), entered May 11, 2006 in a proceeding pursuant to Family Court Act article 10. The order, insofar as appealed from, adjudged that the children are neglected, abused and severely abused children and placed respondent Arlena G. under the supervision of petitioner for a period of 12 months.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs for reasons stated at Family Court. Present—Martoche, J.P., Smith, Centra, Lunn and Peradotto, JJ.

■ MICHAEL NOLAN, Appellant, v CARL W. MOELLER, JR., Respondent. (Appeal No. 1.) [832 NYS2d 860]—Appeal from an order of the Supreme Court, Erie County (Frank A. Sedita, Jr., J.), entered July 1, 2005 in a personal injury action. The order, among other things, denied plaintiff's motion to set aside a jury verdict.

It is hereby ordered that said appeal be and the same hereby is unanimously dismissed without costs (*see Smith v Catholic Med. Ctr. of Brooklyn & Queens*, 155 AD2d 435 [1989]; *see also* CPLR 5501 [a] [1], [2]). Present—Martoche, J.P., Smith, Centra, Lunn and Peradotto, JJ.

■ MICHAEL NOLAN, Appellant, v CARL W. MOELLER, JR., Respondent. (Appeal No. 2.) [833 NYS2d 421]—Appeal from a judgment of the Supreme Court, Erie County (Frank A. Sedita, Jr., J.), entered May 19, 2006 in a personal injury action. The judgment, upon a jury verdict, awarded plaintiff the sum of $20,479.80.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed without costs. Present—Martoche, J.P., Smith, Centra, Lunn and Peradotto, JJ.